IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)
MONROE STANFIELD ) Chapter 13
280 BLUE MOON CROSSING ) Case No. 11-60529-JSD
APT 1106 )
POOLER, GA 31322 )
)
)
SSN: xxx-xx-0809 )
)

FILED
OCT 3 1 2011
IN COURT

## TRUSTEE'S MOTION TO CONFIRM PLAN AS AMENDED

Trustee moves that debtor(s)' plan be confirmed. The plan commits debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan will pay $____0____ or more to unsecured creditors, but in any event will pay not less than ____0____% of the total allowed unsecured claims.

Debtor(s)' plan is amended to:

Raise payments/extend plan as follows: _To pay $24000 to non priority creditors_

Change valuation(s) as follows: _To match accurate expenses (Citizens Auto @ $450 monthly for father's car without contribution). Payments increase to $350 monthly. Above median income_

Allow/Modify/Disallow claims as follows: _____

Allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim: _____

Retain the right to file objections by the Debtor(s) to the following claims within 30 days of confirmation:
_____

OTHER: _____

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given the October 31, 2011.

_____
Chapter 13 Trustee Attorney

If applicable:

_____
Debtor

_____
Creditor's Counsel

_____
Debtor
Kimberly D. Ward

_____
Creditor's Counsel

_____
Debtor(s) Counsel - H. LEHMAN FRANKLIN, P.C.

_____
Creditor's Counsel